# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN FARMS CALIFORNIA, LLC D/B/A WORLDWIDE PRODUCE,<br><br>Plaintiff,<br><br>v.<br><br>BOTANICAL HOSPITALITY GROUP, LLC D/B/A BOTANICAL GROUP USA, THIRD STREET LA, LLC D/B/A SOL CAFÉ, 603 N. LA CIENEGA BOULEVARD, LLC D/B/A E.P AND L.P., GRANDMASTER RECORDERS, LLC, DAVID COMBES, AND GRANT SMILLIE,<br><br>Defendants. | Case No. 2:24-cv-08504-JLS-MAA<br><br>**JUDGMENT** |

Pursuant to the Motion for Default Judgment filed by Plaintiff Green Farms California, LLC d/b/a Worldwide Produce, and for the reasons addressed in in the Court's February 10, 2025, "Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment" (Doc. 32), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Corporate Defendants are alter-egos of each other for purposes of this Judgment.
2. Judgment is entered **in the total amount of $220,005.81** in favor of Plaintiff.
3. Corporate Defendants Botanical Hospitality Group, LLC d/b/a Botanical Group USA, Third Street LA, LLC d/b/a Strings of Life Café and/or SOL Café, 603 N. La Cienega Boulevard, LLC d/b/a E.P. and L.P., and Grandmaster Recorders, LLC are jointly and severally liable for the **total judgment amount of $220,005.81**, consisting of the following amounts: $193,602.31 in principle damages, $16,573.50 in prejudgment interest, and $9,830 in attorneys' fees.
4. Of the total judgment of $220,005.81, individual Defendant **David Combes is jointly and severally liable with Corporate Defendants for $113,669.20** owed pursuant to the Trust Provision of the PACA, consisting of the following amounts: $94,846.83 in principle damages, $8,992.37 in prejudgment interest, and $9,830 in attorneys' fees.

//
//
//
//
//
//

5. Plaintiff is the prevailing party and may file with the clerk an application to tax costs in accordance with the Local Rules.

6. The Clerk is ordered to enter this Judgment forthwith.

IT IS SO ORDERED.

Dated: February 14, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE